AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| DAVID KING STROUSE, III,<br>*Plaintiff*<br>v.<br>JOSEPH H. HARRINGTON,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 2:21-CV-0295-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on Petitioner's pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1).

Date: October 29, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry